JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC, <br><br> Plaintiff, <br><br> v. <br><br> SKIVA INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | Case No.: CV 15-4940-GW(JEMx) <br> *Hon. George H. Wu Presiding* <br><br> **ORDER ON   STIPULATION TO DISMISS  ACTION WITH PREJUDICE** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.      The causes of action in the Complaint are hereby dismissed without prejudice against defendants, Rainbow USA, Inc., Danice Stores, Inc., Citi Trends, Inc., and Skiva International Inc., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2.      This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3.      The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action;

4.       Plaintiff will request that the Court convert this dismissal without prejudice to a dismissal with  prejudice at least ten (10) days after payment pursuant to the terms of the settlement agreement is cleared.

5.      The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.


Dated: November 24, 2015          By: _____
                                       HONORABLE GEORGE H. WU
                                       UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION